IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SADAKA T. DAVIS,          ) | |
|                            ) | |
|    Plaintiff,       ) | |
|                            ) | CIVIL ACTION NO. |
|    v.               ) | 2:14cv1001-MHT |
|                            ) | (WO) |
| WILLIAM ROEBUCK,         ) | |
| and TITLE MAX AND PAWN  ) | |
| OF CLANTON #1,           ) | |
|                            ) | |
|    Defendants.      ) | |

## OPINION

Plaintiff filed this lawsuit asserting claims apparently related to a trespass on his private property. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of November, 2014.

                                       /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**